**Order entered January 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01561-CV

### GARY M. KORNMAN, Appellant

### V.

### DENNIS S. FAULKNER, TRUSTEE, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-08489**

## ORDER

The Court has before it appellant's December 19, 2012 motion to consolidate appeals. We **GRANT** the motion and **CONSOLIDATE** this appeal, 05-12-01561-CV, with and under the appellate cause no. 05-12-01641-CV, styled *Gary M. Kornman v. Dennis S. Faulkner*. The Court **DIRECTS** the Clerk of the Court to remove all documents from file number 05-12-01561-CV and to refile them in cause no. 05-12-01641-CV and to treat 05-12-01561-CV as a closed case. The Court further **ORDERS** that this case will proceed under the appellate timetables applicable to cause number 05-12-01641-CV.

/s/    ELIZABETH LANG-MIERS
        JUSTICE